DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| | | | |
|---|---|---|---|
| 540P13 | Antonio Ford, in her Individual Capacity and on behalf of the Heirs of Lizzie Ward v. City of Wilson; City Council of the City of Wilson; Grant Goings, City Manager of the City of Wilson in his Official Capacity; C. Bruce Rose, Mayor of the City of Wilson in his Official Capacity; Noble G. Blackman, IV, Gwen C. Burton, Avant P. Coleman, Donald I. Evans, James M. Johnson, III, and Willie J. Pitt, City Council Members in their Official Capacities; Charles E. Taylor, Senior Code Enforcement Officer in his Official Capacity | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-376)<br><br>2. Plt's Petition for *Writ of Certiorari* to Review Decision of COA | 1. Dismissed<br><br>2. Denied |
| 543P13 | State v. Harold Dean Kanupp | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP11-80) | Dismissed |
| 546P13 | State v. Melsar Duarte-Gomez | Def's *Pro Se* Motion for PDR (COAP13-845) | Dismissed |
| 548P13 | Denise Mathis v. Patsy Dowling, Individually and in her Representative Capacity as Executive Director of Mountain Projects, Inc., et al. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-380) | Denied |